*J. L. Mayson* and *S. D. Hewlett,* contra.

---

## KENNEDY *v.* THE STATE.

HILL, J. There is no complaint that any error of law was committed on the trial. The motion for new trial was based solely on the general grounds, and the evidence, though circumstantial, is sufficient to support the verdict.  *Judgment affirmed. All the Justices concur.*
> No. 1042. NOVEMBER 15, 1918.

Indictment for murder. Before Judge Jones. Habersham superior court. May 28, 1918.

*I. H. Sutton,* for plaintiff in error.

*Clifford Walker,* attorney-general, *Robert McMillan,* solicitor-general, *W. S. Erwin,* and *M. C. Bennet,* contra.